| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Alan S. Wolf**         BAR ID: 94665<br>Daniel K. Fujimoto         BAR ID: 158575<br>The Wolf Firm, A Law Corporation<br>2955 Main Street, Second Floor, Irvine, CA 92614<br>**Telephone # (949) 720-9200         Fax #  (949) 608-0128**<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>**FEB 19 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY vandenst DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | **CHANGES MADE BY COURT** |
| In re:<br>Betty Williams<br><br><br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: 2:09-bk-43737-VZ<br><br>DATE: 2/2/10<br>TIME: 9:30 am<br>CTRM: 1368<br>FLOOR: 13th |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT: U.S. Bank National Association, as trustee, on behalf of the holders of the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC3)

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

    *Street Address: 251 North Hillcrest Boulevard*
    *Apartment/Suite No.:*
    *City, State, Zip Code: Inglewood, CA 90301*

    Legal description or document recording number (including county of recording):

    See Document No. 06 2804903 Recorded in the Official Records, Recorder's Office, of Los Angeles County on 12/18/2006

    ☐ See attached page.

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
    ☒ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                    F 4001-10.RP

| In re:<br>Betty Williams | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-43737-VZ |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☒ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☒ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☒ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
    d. ☐ See attached continuation page for additional provisions.

                                              ####

DATED: February 19, 2010

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                  F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 3 of 5

| In re:<br>Betty Williams | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-43737-VZ |

### (*OPTIONAL*)
### EXTRAORDINARY RELIEF ATTACHMENT
**(MOVANT: U.S. Bank National Association, as trustee, on behalf of the holders of the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC3)**

*(This Attachment is the continuation page for Paragraph 10.c. of the foregoing Order.)*

Based upon evidence of efforts by Debtor(s) or others acting in concert with Debtor(s) to delay, hinder or defraud Movant by abusive bankruptcy filings, this court further orders as follows:

1. ☐ This Order is binding and effective in any bankruptcy case commenced by or against the Debtor(s) for a period of 180 days from the hearing of the Motion.

2. ☐ This Order is binding and effective in any bankruptcy case commenced by or against any successors, transferees, or assignees of the above-named Debtor(s) for a period of 180 days from the hearing of the Motion.
   ☐ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

3. ☐ This Order is binding and effective in any bankruptcy case commenced by or against any debtor(s) who claim(s) any interest in the Property for a period of 180 days from the hearing of the Motion.
   ☐ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

4. ☐ This Order is binding and effective in any future bankruptcy case, no matter who the debtor(s) may be
   ☐ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

5. ☐ The Debtor(s) is/are hereby enjoined from transferring all or any portion of the Property for a period of 180 days from the hearing of the Motion except as may be authorized by further order of this Court, and any transfer in violation of this Order is void.

6. ☐ The Sheriff or Marshal may evict the Debtor(s) and any other occupant from the subject Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of the Motion.
   ☐ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

7. ☒ Other (*specify*): That the order be binding and effective in any other case under the Bankruptcy Code purporting to affect the subject real property filed not later than two years after the date of entry, upon recording a copy of the order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law, except that a debtor in subsequent case may move for relief from the order based upon good cause shown after notice and hearing.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 4 of 5

| In re:<br>Betty Williams | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-43737-VZ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The Wolf Firm
2955 Main Street, Second Floor
Irvine, CA 92614

A true and correct copy of the foregoing document described <u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>February 3, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Debtor: Betty Williams, 1227 E 51 Street, Los Angeles, CA 90011 (U.S. Mail)
Chapter 13 Trustee: Nancy K Curry, 606 South Olive Street, Suite 950, Los Angeles, CA 90014 (U.S. Mail)
United States Trustee (LA): 725 S Figueroa St., 26th Floor, Los Angeles, CA 90017 (U.S. Mail)
Judge Vincent P. Zurzolo, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012-3332 (U.S. Mail)

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/2/10 | Osmayda Nino | /s/ Osmayda Nino |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 5 of 5

| In re:<br>Betty Williams | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-43737-VZ |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¾ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 3, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Chapter 13 Trustee: Nancy K. Curry, ecfnc@trustee13.com
United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Movant's Counsel: Alan Steven Wolf, wdk@wolffirm.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Betty Williams, 1227 E 51 Street, Los Angeles, CA 90011 (U.S. Mail)

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP